1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,       )   Case No.: 8:23-CR-0097-FWS
12                      Plaintiff,  )
                                    )   ORDER OF DETENTION AFTER
13              vs.                 )   HEARING
                                    )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14                                  )      § 3143(a)]
    J. Zeledon                      )
15                      Defendant.  )

16

17       The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the __C.D. Cal._____,
19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20  release]; and
21       The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24  A.   (✓) The defendant has not met his/her burden of establishing by clear and
25       convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26       3142(b) or (c). This finding is based on __instant allegations, substance__
27       __abuse, lack of surety_____
28

|||
|---|---|
|1||
|2||
|3| and/or |
|4 B.| (✓) The defendant has not met his/her burden of establishing by clear and |
|5| convincing evidence that he/she is not likely to pose a danger to the safety of any |
|6| other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This |
|7| finding is based on _new criminal charges, criminal history,_ |
|8| _substance abuse_ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 5/31/24

/s/ Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE